UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JEFFREY D. BIANCHI,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, JEFFREY D. BIANCHI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania, 19044.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

June 18, 2008 – Pre-recorded message
Collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact Leann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

June 19, 2008 – Pre-recorded message
Any information obtained will be used for that purpose. Please contact Leann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262.

2

Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

June 20, 2008 – Pre-recorded message
This is an important message from NCO Financial Center Corporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again that number is 800-226-7262. When calling please use reference ID is DK3981. Thank you. Goodbye.

June 23, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

June 28, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

June 30, 2008 – Pre-recorded message
A debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact Leann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

July 3, 2008 – Pre-recorded message
Any information obtained will be used for that purpose. Please contact Leann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

July 8, 2008 – Pre-recorded message

3

This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 1-800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

July 9, 2008 – Pre-recorded message
Used for that purpose. Please call Mr. Sullivan back today at 1-877-252-4534. Once again the number is 1-877-252-4534. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

July 10, 2008 – Pre-recorded message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 1-800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

July 16, 2008 – Pre-recorded message
Attempt to collect a debt and any information obtained will be used for that purpose. Please call Mr. Sullivan back today at 1-877-252-4534. Once again the number is 1-877-252-4534. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

July 17, 2008 – Pre-recorded message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

July 21, 2008 – Pre-recorded message
For that purpose. Please call Mr. Sullivan back today at 1-877-252-4534. Once again the number is 1-877-252-4534. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

July 22, 2008 – Pre-recorded message

This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 7, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 12, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 13, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 14, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 18, 2008 – Pre-recorded message

This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 19, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 20, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 23, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

August 30, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

September 3, 2008 – Pre-recorded message

This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>September 10, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>September 15, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>September 16, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>September 17, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>September 18, 2008 – Pre-recorded message</u>

This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

September 19, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

September 20, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

September 23, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

September 24, 2008 – Pre-recorded message
This is an important message from NCO Financial Center Corporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

October 8, 2008 – Pre-recorded message

This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

October 20, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

October 21, 2008 – Pre-recorded message
Any information obtained is used for that purpose. Please contact Leann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262. Thank you. DK3981 is your reference ID. Again, your reference ID is DK3981.

October 22, 2008 – Pre-recorded message
Any information obtained is used for that purpose. Please contact Lee Ann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262. Thank you. DK3981 is your reference ID. Again, your reference ID is DK3981.

October 23, 2008 – Pre-recorded message
This is an important message from NCO Financial Center Corporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

October 24, 2008 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

9

<u>October 25, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>October 29, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>November 18, 2008 – Pre-recorded message</u>
Information obtained is used for that purpose. Please contact Leann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

<u>November 26, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>December 2, 2008 – Pre-recorded message</u>
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

<u>December 4, 2008 – Pre-recorded message</u>

This is an important message from NCO Financial Center Corporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

December 5, 2008 – Pre-recorded message
Debt collection company. This is an attempt to collect a debt and any information obtained is used for that purpose. Please contact Lee Ann Antonucci at 1-800-226-7262. Again that number is 1-800-226-7262. Thank you. DK3981 is your reference ID. Again your reference ID is DK3981.

December 6, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

December 22, 2008 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-226-7262. Once again the number is 800-226-7262. When calling please use reference ID DK3981. Thank you. Goodbye.

March 13, 2009 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 800-816-5572. Thank you.

March 19, 2009
This message is for Jeffrey Bianchi. Jeffrey, this is Sean _____ (inaudible) calling from the office of NCO Financial. Please return my phone call today at 1-888-217-9861 at extension 5611 in regard to your file

ID number of F as in Frank, Y as in yellow 3240. Please return my phone call today so you can advise me of your intent. 1-888-217-9861 at extension 5611. Thank you.

March 20, 2009 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

March 24, 2009, 12:36 PM – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

March 24, 2009, 12:38 PM
Jeffrey Bianchi, contact NCO Financial 1-888-217-9861 reference number is FY3240. Contact us when you receive this message. 1-888-217-9861. Thank you. Good day.

March 30, 2009 – Pre-recorded message
This message is from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

March 31, 2009 – Pre-recorded message
To place this call on hold and get the right person press 2 now. To take a message, press 3 now. If this is the wrong number to reach Jeffrey Bianchi, press 4 now. Once again, if you are Jeffrey Bianchi please press 1 now. To place this call on hold and get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Jeffrey Bianchi, press 4 now. We're sorry for the inconvenience. Goodbye.

April 9, 2009 – Pre-recorded message

This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Clano back today the number is 888-217-9861. Once again the number is 888-217-9861. Thank you.

April 10, 2009 – Pre-recorded message
To place this call on hold and get the right person press 2 now. To take a message press 3 now. If this is the wrong number to reach Jeffrey Bianchi press 4 now. Once again if you are Jeffrey Bianchi please press one now. To place this call on hold and get the right person press 2 now. To take a message press 3 now. If this is the wrong number to reach Jeffrey Bianchi press 4 now. We are sorry for the inconvenience. Goodbye.

April 14, 2009, 7:14 PM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

April 14, 2009, 7:31 PM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Michael back today at 1-866-999-4570. Once again the number is 1-866-999-4570. Thank you. FY3240 is your reference ID. Again your reference ID is FY3240.

April 15, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Michael back today at 1-866-999-4570. Once again the number is 1-866-999-4570. Thank you. FY3240 is your reference ID. Again your reference ID is FY3240.

April 18, 2009
This message is solely for Jeffrey Bianchi, this is Christina calling from NCO Financial Systems. Please call me back today at 1-888-217-9861

13

extension 5552. Again the number is 1-888-217-9861 extension 5552. Thank you.

April 20, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Clano back today, the number is 888-217-9861. Once again the number is 888-217-9861. Thank you.

April 25, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms Clano back today the number is 888-217-9861. Once again the number is 888-217-9861. Thank you.

April 26, 2009 – Pre-recorded message
To place this call on hold to get the right person press 2 now. To take a message press 3 now. If this is the wrong number to reach Jeffrey Bianchi press 4 now.

April 27, 2009, 2:45 PM
Message is for Jeffrey Bianchi. This is Dennis, I'm calling from NCO my number is 888-217-9861 extension 5601.

April 27, 2009, 3:47 PM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

April 28, 2009 – Pre-recorded message
An important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

14

May 4, 2009, 9:22 AM – Pre-recorded message
1-800-816-5572 once again the number is 1-800-816-5572. Thank you.
MT5724 is your reference ID. Again your reference ID is MT5724.

May 4, 2009, 6:59 PM
This is an important message from NCO Financial Systems Incorporated.
The law requires that we notify you that this is a debt collection company.
This is an attempt to collect a debt and any information obtained will be
used for that purpose. Please call us today at 1-888-217-9861 and extension
number is 5603. When you do call your reference ID number is FY3240. So
once again the number is 1-888-217-9861, extension 5603, reference ID
number FY3240. Thank you.

May 8, 2009, 4:39 PM – Pre-recorded message
Message from NCO Financial Systems Incorporated. The law requires that
we notify you that this is a debt collection company. This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please call Matthew Cardi back today at 1-800-816-5572. Once again the
number is 1-800-816-5572. Thank you.

May 8, 2009, 5:29 PM – Pre-recorded message
To place this call on hold to get the right person press 2 now, to take a
message press 3 now. If this is the wrong number to reach Jeffrey Bianchi
press 4 now.

May 12, 2009 – Pre-recorded message
This is an attempt to collect a debt and any information obtained will be
used for that purpose. Please call me back today at 1-800-816-5572. Once
again the number is 1-800-816-5572. When calling please use reference ID
MT5724. Thank you. To hear this message again please press * now.
Goodbye

May 15, 2009 – Pre-recorded message
To place this call on hold to get the right person press 2 now, to take a
message press 3 now. If this is the wrong number to reach Jeffrey Bianchi
press 4 now.

May 16, 2009 – Pre-recorded message
NCO Financial Systems, Inc. The law requires that we notify you that this is
a debt collection company. This is an attempt to collect a debt and any

information obtained will be used for that purpose. Please call me back today at 800-350-2457. Once again, the number is 800-350-2457. When calling please use reference ID FY3240. Thank you. Goodbye.

May 17, 2009 – Pre-recorded message
Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-350-2457. Once again the number is 800-350-2457. When calling please use reference ID FY3240. Thank you. Goodbye.

May 18, 2009, 7:18 PM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Clano back today the number is 888-217-9861. Once again the number is 888-217-9861. Thank you.

May 18, 2009, 8:06 PM – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardy back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

May 18, 2009, 8:36 PM – Pre-recorded message
If you are Jeffrey Bianchi, please press 1 now. To place this call on hold to get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Jeffrey Bianchi, press 4 now. I did not hear your response. Once again, if you are Jeffrey Bianchi, please press 1 now. To place this call on hold to get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Jeffrey Bianchi, press 4 now. I'm sorry. Goodbye.

May 20, 2009, 5:35 PM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Clano back today the number is 888-217-9861. Once again the number is 888-217-9861. Thank you.

<u>May 20, 2009, 6:50 PM – Pre-recorded message</u>
To place this call on hold to get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Jeffrey Bianchi, press 4 now. I did not hear your response. Once again, if you are Jeffrey Bianchi, please press 1 now. To place this call on hold to get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Jeffrey Bianchi, press 4 now. I'm sorry. Goodbye.

<u>May 22, 2009 – Pre-recorded message</u>
To place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I did not hear your response. Once again if you are Jeffrey Bianchi please press 1 now, to place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I'm sorry. Goodbye.

<u>May 23, 2009 – Pre-recorded message</u>
To place this call on hold to get the right person press 2 now, to take a message press 3 now. If this is the wrong number to reach Jeffrey Bianchi press 4 now.

<u>May 24, 2009 – Pre-recorded message</u>
To place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I did not hear your response. Once again if you are Jeffrey Bianchi please press 1 now, to place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I'm sorry. Goodbye.

<u>May 26, 2009 – Pre-recorded message</u>
To place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I did not hear your response. Once again if you are Jeffrey Bianchi please press 1 now, to place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I'm sorry. Goodbye.

<u>May 27, 2009 – Pre-recorded message</u>

This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Clano back today the number is 888-217-9861. Once again the number is 888-217-9861. Thank you.

May 28, 2009, 8:47 AM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

May 28, 2009, 5:43 PM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Clano back today the number is 888-217-9861. Once again the number is 888-217-9861. Thank you.

May 29, 2009, 8:15 AM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Clano back today. The number is 888-217-9861. Once again the number is 888-217-9861. Thank you. FY3240 is your reference ID, again your reference ID is FY3240.

May 29, 2009, 3:31 PM – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 1-800-816-5572. Thank you.

May 30, 2009 – Pre-recorded message
To place this call on hold to get the right person press 2 now, to take a message press 3 now. If this is the wrong number to reach Jeffrey Bianchi press 4 now.

18

June 1, 2009 – Pre-recorded message
Message from NCO Financial System, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 800-816-5572. Thank you.

June 2, 2009 – Pre-recorded message
Message from NCO Financial System, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 800-816-5572. Thank you.

June 8, 2009 – Pre-recorded message
This is an important message from NCO Financial System, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Matthew Cardi back today at 1-800-816-5572. Once again the number is 800-816-5572. Thank you.

June 10, 2009 – Pre-recorded message
Is your reference ID, again your reference Id is FY3240

June 12, 2009 – Pre-recorded message
To place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I did not hear your response. Once again if you are Jeffrey Bianchi please press 1 now, to place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I'm sorry. Goodbye.

June 13, 2009 – Pre-recorded message
To place this call on hold to get the right person press 2 now, to take a message press 3 now. If this is the wrong number to reach Jeffrey Bianchi press 4 now.

June 20, 2009 – Pre-recorded message
Financial System, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and

19

any information obtained will be used for that purpose.  Please call me back today at 800-350-2457.  Once again, the number is 800-350-2457. When calling, please use Reference ID  FY3240.  Thank you.  Goodbye.

June 24, 2009, 5:37 PM
No message.

June 24, 2009, 7:37 PM – Pre-recorded message
To place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I did not hear your response. Once again if you are Jeffrey Bianchi please press 1 now, to place this call on hold to get the right person press 2 now, to take a message press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now. I'm sorry. Goodbye.

June 25, 2009
This is an important message from NCO Financial Systems, a debt collection company. The law requires I must notify you that this is an attempt to collect a debt, any information obtained will be used for that purpose.  Call me back on the number, that's 1-800-350-2457, when calling me back, reference ID code F as in Frank, Y as in Yankee, 3240.

June 26, 2009 – Pre-recorded message
Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt, any information obtained will be used for that purpose. Please call me back today at 800-350-2457, once again the number is 800-350-2457. When calling please use reference ID code FY3240. Thank you. Goodbye.

June 27, 2009 – Pre-recorded message
NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please call me back today at 800-350-2457, once again the number is 800-350-2457. When calling please use reference ID FY3240. Thank you. Goodbye.

June 28, 2009 – Pre-recorded message
To place this call on hold to get the right person press 2 now, to take a message press 3 now. If this is the wrong number to reach Jeffrey Bianchi press 4 now.

June 29, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated.
Law requires that we notify you that this is a debt collection company. This
is an attempt to collect a debt and any information obtained will be used for
that purpose. Please call Matthew Cardi back today at 1-800-816-5572.
Once again the number is 1-800-816-5572. Thank you.

July 1, 2009
This confidential and important message is meant solely for Jeffrey Bianchi.
Call Mrs. Harden at 1-800-734-9491, please refer to FY3240. Again my toll
free number 1-800-734-9491. My name is Mrs. Harden. I'm calling from
NCO. This is attempt to collect a debt and any information will used for that
purpose.

July 2, 2009
This message is for Jeffrey Bianchi, This Dennis calling from NCO my
number 888-217-9861, extension 5601, calling in reference to FY3240,

July 7, 2009
No message.

July 8, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated.
The law requires that we notify you that this is a debt collection company.
This is an attempt to collect a debt, and any information obtained will be
used for that purpose.  Please call Mathew Carty back today at 1-800-816-
5572, once again the number is 800-816-5572.  Thank you

July 10, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated.
The law requires that we notify you that this is a debt collection company.
This is an attempt to collect a debt, and any information obtained will be
used for that purpose.  Please call Michael back today at 1-866-999-4570,
once again the number is 1-866-999-4570.  Thank you  FY3240 is your
reference Id, again your reference Id is FY3240.

July 22, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated.
The law requires that we notify you that this is a debt collection company.

21

This is an attempt to collect a debt, and any information obtained will be used for that purpose.  Please call Mathew Carty back today at 1-800-816-5572, once again the number is 800-816-5572.  Thank you.

July 24, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.  Please call Mathew Carty back today at 1-800-816-5572, once again the number is 1-800-816-5572.  Thank you.

July 27, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.  Please call Mathew Carty back today at 1-800-816-5572, once again the number is 1-800-816-5572.  Thank you.

July 29, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.  Please call Mathew Carty back today at 1-800-816-5572, once again the number is 1-800-816-5572.  Thank you.

July 31, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.  Please call Mathew Carty back today at 1-800-816-5572, once again the number is 1-800-816-5572.  Thank you.

August 5, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems, Incorporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Mathew Carty back today at 1-800-816-5572.  Once again, the number is 1- 800-816-5572.   Thank You.

August 7, 2009 – Pre-recorded message

from NCO Financial Systems, Incorporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Mathew Carty back today at 1-800-816-5572. Once again, the number is 1- 800-816-5572. Thank you.

August 11, 2009 – Pre-recorded message
This is an important message from NCO Financial Systems, Incorporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Mathew Carty back today at 1-800-816-5572. Once again, the number is 1- 800-816-5572. Thank you.

August 17, 2009 – Pre-recorded message
This message from NCO Financial Systems, Incorporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Mathew Carty back today at 1-800-816-5572. Once again, the number is 1- 800-816-5572. Thank You.

August 27, 2009 – Pre-recorded message
To place this call hold to get the right person, press 2 now, to take a message, press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now.

August 31, 2009 – Pre-recorded message
To place this call hold to get the right person, press 2 now, to take a message, press 3 now, if this is the wrong number to reach Jeffrey Bianchi press 4 now, I did not hear your response , once again if you are Jeffrey Bianchi, please press 1 now, to place this call on to get the right person, press 2 now, to that a message, press 3 now, if this the wrong number to reach Jeffrey Bianchi press 4 now, I'm sorry , Good bye.

September 28, 2009, 6:15 PM – Pre-recorded message
NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-816-5572. Once again, the number is 800-816-5572. When calling, please use reference ID MT5724. Thank you. Goodbye.

September 28, 2009, 6:58 PM – Pre-recorded message
Incorporated. The law requires that we notify you that this is a debt
collection company.  This is an attempt to collect a debt and any information
obtained will be used for that purpose.  Please call Matthew Carty back
today at 1-800-816-5572. Once again, the number is 800-816-5572. Thank
you.

September 30, 2009 – Pre-recorded message
NCO Financial Systems, Incorporation.  The law requires that we notify you
that this is a debt collection company.  This is an attempt to collect a debt
and any information obtained will be used for that purpose.  Please call me
back today at 800-816-5572.  Once again, the number is 800-816-5572.
When calling please use reference ID MP5724, Thank you, Good bye.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

14.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15.     Plaintiff did not expressly consent to Defendant's placement of

telephone calls to Plaintiff's cellular telephone by the use of an automatic

telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16.    None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17.    Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18.    Plaintiff incorporates Paragraphs 1 through 17.

19.    Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.    Plaintiff incorporates Paragraphs 1 through 17.

21.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.    Plaintiff incorporates Paragraphs 1 through 17.

23.    Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24.    Plaintiff incorporates Paragraphs 1 through 17.

25.    Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26.    Plaintiff incorporates Paragraphs 1 through 17.

27.    Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit;

c.    declaring that Defendant's practices violate the FCCPA;

d.    permanently injoining Defendant from engaging in the complained of practices; and

e.    Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28.    Plaintiff incorporates Paragraphs 1 through 17.

29.    By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully

engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30.     The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div*., 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit;

c.     declaring that Defendant's practices violate the FCCPA;

d.     permanently injoining Defendant from engaging in the complained of practices; and

e.     Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31.     Plaintiff incorporates Paragraphs 1 through 17.

32.     Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     a declaration that Defendant's calls violate the TCPA;

c.     a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

d.     Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658